George F. Ogilvie III (NV Bar #3552)
Amanda C. Yen (NV Bar #9726)
Christopher Molina (NV Bar #14092)
McDONALD CARANO LLP
2300 W. Sahara Ave, Suite 1200
Las Vegas, NV 89102
Telephone: 702.873.4100
Facsimile:  702.873.9966
gogilvie@mcdonaldcarano.com
ayen@mcdonaldcarano.com
cmolina@mcdonaldcarano.com

Debbie Leonard (NV Bar #8260)
LEONARD LAW, PC
955 S. Virginia St., Suite 220
Reno, NV 89502
Telephone: 775.964.4656
debbie@leonardlawpc.com

Bradford R. Jerbic (NV Bar #1056)
Philip R. Byrnes (NV Bar #166)
Seth T. Floyd (NV Bar #11959)
LAS VEGAS CITY ATTORNEY'S OFFICE
495 S. Main Street, 6th Floor
Las Vegas, NV 89101
Telephone:  702.229.6629
Facsimile:  702.386.1749
bjerbic@lasvegasnevada.gov
pbyrnes@lasvegasnevada.gov
sfloyd@lasvegasnevada.gov

*Attorneys for City of Las Vegas*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FORE STARS, Ltd, SEVENTY ACRES, LLC, a Nevada limited liability company, DOE INDIVIDUALS I through X, DOE CORPORATIONS I through X, DOE LIMITED LIABILITY COMPANIES I through X,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LAS VEGAS, political subdivision of the State of Nevada, THE EIGHTH JUDICIAL DISTRICT COURT, County of Clark, State of Nevada, DEPARTMENT 24 (the HONORABLE JIM CROCKETT, DISTRICT COURT JUDGE, IN HIS OFFICIAL CAPACITY), ROE government entites I through X, ROE Corporations I through X, | CASE NO.<br><br>**THE CITY OF LAS VEGAS' PETITION FOR REMOVAL OF CIVIL ACTION**<br><br>(Clark County District Court, Case No. A-18-773268-C) |

ROE INDIVIDUALS I through X, ROE LIMITED LIABILITY COMPANIES I through X, ROE quasi-governmental entitles I through X,

Defendants.

**TO: THE CLERK OF THE ABOVE-ENTITLED COURT, THE PARTIES, AND ALL ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446, defendant City of Las Vegas (the "City") files this Petition for Removal of Civil Action with respect to the above captioned case, which was filed and currently is pending in the District Court of Clark County, State of Nevada, Case No. A-18-773268-C (the "State Court Action"). In support of its Petition for Removal of Civil Action, the City states as follows:

## THE ACTION

1. On April 20, 2018, plaintiffs Fore Stars, Ltd. And Seventy Acres, LLC (collectively, the "Developer") filed their Complaint for Declaratory Relief and Injunctive Relief and in Inverse Condemnation ("Complaint") against the City and the Eighth Judicial District Court for the County of Clark, State of Nevada, Department 24 (the Honorable Jim Crockett, District Court Judge) ("State of Nevada") (collectively "Defendants"). *See* Complaint attached hereto as **Exhibit A**.

2. The Complaint alleges causes of action for (1) Declaratory Relief; (2) Preliminary Injunction; (3) Categorical Taking; (4) Penn Central Regulatory Taking; (5) Regulatory Per Se Taking; (6) Nonregulatory Taking; (7) Judicial Taking; (8) Temporary Taking; and (9) Violation of Due Process Rights. *Id.*

3. The Developer claims that the City's alleged taking was in violation of the United States Constitution, the Nevada State Constitution and the Nevada Revised Statutes. *Id.*, ¶¶ 67, 84, 92, 101, 109 and 115.

4. For its violation of due process cause of action, the Developer claims that the alleged violation is brought under the United States Constitution and the Nevada State Constitution. *Id.*, ¶ 123.

5.      The Developer also alleges that the "City and the Crockett Court are also subject to all of the provisions of the Just Compensation Clause of the United States Constitution." *Id.*, ¶ 2; *see also* ¶¶ 39, 41, 42, 66-68, 83-85, 91-93, 100-102, 108-110 and 113-16 (alleging that the City has not paid just compensation for the alleged taking).  For their relief, Developer seeks, among other things, "[a]n award of just compensation. . . for the taking." *Id.* at 18:21.

6.      In addition to the Developer's Complaint at **Exhibit A**, **Exhibit B** contains all prior pleadings, process and orders that have been served on the City and/or the State of Nevada prior to the filing of this Petition for Removal of Civil Action.

## JURISDICTION AND VENUE

7.      On June 21, 2019, the United States Supreme Court decided *Knick v. Township of Scott, Pennsylvania, et al.*, 139 S.Ct. 2162 (2019).  *Knick* overruled, in part, *Williamson County Regional Planning Comm'n v. Hamilton Bank of Johnson City*, 473 U.S. 172 (1985) and held that a property owner has an actionable Fifth Amendment takings claim when the government takes his property without paying for it and, therefore, may bring his claim in federal court under 42 U.S.C. §1983 at the time of the alleged taking. *Knick*, 139 S.Ct. at 2167-8.  In other words, *Knick* overturned the Supreme Court's prior ruling that a property owners' state law remedies must be exhausted before a takings claims could be filed in federal court.

8.      Based on *Knick,* this Court has original jurisdiction under 28 U.S.C. § 1331.  "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. The Developer's Complaint seeks just compensation for the City's alleged taking under the United States Constitution; therefore, pursuant to 28 U.S.C. § 1331, the Fifth Amendment of the United States Constitution and the United States Supreme Court's decision in *Knick,* this Court has jurisdiction over this action.

9.      This action may be removed to this Court pursuant to 28 U.S.C. § 1441 as any action commenced in state court is removable if it might have been brought originally in federal court. *See* 28 U.S.C. § 1441(a); *see also Exxon Mobil Corp. v. Allapattach Servs., Inc.*, 545 U.S. 546, 563-64 (2005) ("[A] district court has original jurisdiction of a civil action for purposes of

section 1441(a) as long as it has original jurisdiction over a subset of claims constituting the action").

10. Pursuant to 28 U.S.C. § 1446(b)(2)(A), all Defendants consent and join in this removal and the State of Nevada shall be filing its consent and/or joinder with this Court.

11. The United States Supreme Court entered judgment in *Knick* on July 23, 2019. *See* United States Supreme Court Case No. 17-647 Docket and Notice of Issuance of Court Mandate collectively attached as **Exhibit C**. Therefore, this Removal is timely in that the City has sought removal within 30 days of the final judgment authorizing removal of this matter. *See* 28 U.S.C. § 1446(b)(3) ("[I]f the case stated by the initial pleading is not removable, a notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable.").

12. To the extent the Complaint alleges any state causes of action or other non-federal claims, this Court has supplemental jurisdiction over any such claims pursuant to 28 U.S.C. § 1367 because those claims arise out of the same operative facts as the Developer's federal claims and "form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a).

13. This Court is in the judicial district and division embracing the place where the state court action was brought and is pending. Thus, this Court is the proper district court to which this case should be removed. *See* 28 U.S.C. §§ 1441 and 1446(a).

### COMPLIANCE WITH 28 U.S.C. § 1446(d)

14. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Petition for Removal of Civil Action will be promptly served on the Developer and will be filed with the Clerk of the District Court of the State of Nevada, Clark County, in the State Court Action.

. . .

. . .

. . .

. . .

## PRAYER FOR REMOVAL

WHEREFORE, the City prays that the State Court Action be removed to the United States District Court for the District of Nevada.

DATED this 22nd day of August, 2019.

          McDONALD CARANO LLP

          By: /s/
            George F. Ogilvie III, Esq. (NV Bar #3552)
            Amanda C. Yen (NV Bar #9726)
            Christopher Molina (NV Bar #14092)
            2300 West Sahara Avenue, Suite 1200
            Las Vegas, NV 89102

          LEONARD LAW, PC
          Debbie Leonard (NV Bar #8260)
          955 S. Virginia St., Suite 220
          Reno, NV 89502

          LAS VEGAS CITY ATTORNEY'S OFFICE
          Bradford R. Jerbic (NV Bar #1056)
          Philip R. Byrnes (NV Bar #166)
          Seth T. Floyd (NV Bar #11959)
          495 S. Main Street, 6th Floor
          Las Vegas, NV 89101

         *Attorneys for City of Las Vegas*

## EXHIBIT LIST

| | |
|---|---|
| Complaint for Declaratory Relief and Injunctive Relief and in Inverse Condemnation | Exhibit A |
| State Court Action Prior Pleadings, Process and Orders | Exhibit B |
| United States Supreme Court Case No. 17-647 Docket and Notice of Issuance of Court Mandate | Exhibit C |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of McDonald Carano LLP, and that on the 22nd day of August, 2019, I caused a true and correct copy of the foregoing **THE CITY OF LAS VEGAS' PETITION FOR REMOVAL OF CIVIL ACTION** to be electronically filed with the Clerk of the Court by using CM/ECF service and serving on all parties of record via U.S. Mail as follows:

LAW OFFICES OF KERMITT L. WATERS
Kermitt L. Waters, Esq.
James J. Leavitt, Esq.
Michael A. Schneider, Esq.
Autumn L. Waters, Esq.,
704 South Ninth Street
Las Vegas, Nevada 89101

HUTCHISON & STEFFEN, PLLC
Mark A. Hutchison
Joseph S. Kistler
Matthew K. Schriever
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

　　　　　　　　　　　　　　　　　　　*/s/ Jelena Jovanovic*
　　　　　　　　　　　　　　　　　　　An employee of McDonald Carano LLP