LEONARD LAW, PC
Debbie Leonard (NV Bar #8260)
955 S. Virginia Street, Suite 220
Reno, Nevada 89502
Telephone: (775) 964-4656
debbie@leonardlawpc.com

*Attorney for Defendant City of Las Vegas*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FORE STARS, LTD, SEVENTY ACRES, LLC, a Nevada limited liability company, DOE INDIVIDUALS I through X, DOE CORPORATIONS I through X, DOE LIMITED LIABILITY COMPANIES I through X,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LAS VEGAS, political subdivision of the State of Nevada, THE EIGHTH JUDICIAL DISTRICT COURT, County of Clark, State of Nevada, DEPARTMENT 24 (the HONORABLE JIM CROCKETT, DISTRICT COURT JUDGE, IN HIS OFFICIAL CAPACITY), ROE government entitles I through X, ROE Corporations I through X, ROE INDIVIDUALS I through X, ROE LIMITED LIABILITY COMPANIES I through X, ROE quasi-governmental entitles I through X,<br><br>Defendants. | Case No. 2:19-cv-01469-JAD-NJK<br><br>**MOTION AND ORDER TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT CITY OF LAS VEGAS** |

Debbie Leonard of the law firm of Leonard Law, PC moves this court for an order permitting withdrawal as counsel of record for Defendant CITY OF LAS VEGAS ("the City").

**MEMORANDUM OF POINTS AND AUTHORITIES**

Leave to withdraw is warranted. Pursuant to Local Rule IA 11-6(e), "no withdrawal…will be approved if it will result in delay of discovery, the trial or any hearing in the case." Here, no delay of any kind will result from the withdrawal because the City of Las Vegas will continue to be represented by lead counsel Bradford R. Jerbic, Philip R. Byrnes and Seth T. Floyd of the Las Vegas City Attorney's Office, Andrew W. Schwartz and Lauren M. Tarpey of the law firm of

1 Shute, Mihaly & Weinberger, LLP, and George F. Ogilvie III, Amanda C. Yen, and Christopher
2 Molina of the law firm of McDonald Carano LLP. The withdrawal of Debbie Leonard as counsel
3 of record for Defendant City of Las Vegas will not delay the proceedings in this matter.

4       The City of Las Vegas and opposing counsel have been notified of Ms. Leonard's intent to
5 withdraw as counsel of record.

## CONCLUSION

7       For the reasons set forth above, Ms. Leonard respectfully moves this Court for an Order
8 approving the withdrawal as attorney of record for Defendant City of Las Vegas in this matter.

9 DATED this 15th day of May, 2020        LEONARD LAW, PC

/s/ Debbie Leonard
Debbie Leonard (NV Bar #8260)
955 S. Virginia Street, Suite 220
Reno, Nevada 89502
Telephone: (775) 964-4656
debbie@leonardlawpc.com

*Attorney for Defendant City of Las Vegas*

20 IT IS SO ORDERED this __18th__ day of May, 2020

_____
United States Magistrate Judge

2