**LAW OFFICES OF KERMITT L. WATERS**
Kermitt L. Waters, Esq., Bar No. 2571
kermitt@kermittwaters.com
James J. Leavitt, Esq., Bar No. 6032
jim@kermittwaters.com
Michael A. Schneider, Esq., Bar No. 8887
michael@kermittwaters.com
Autumn L. Waters, Esq., Bar No. 8917
autumn@kermittwaters.com
704 South Ninth Street
Las Vegas, Nevada 89101
Telephone:     (702) 733-8877
Facsimile:      (702) 731-1964

**HUTCHISON & STEFFEN, PLLC**
Mark A. Hutchison (4639)
Joseph S. Kistler (3458)
Matthew K. Schriever (10745)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Telephone: 702-385-2500
Facsimile:  702-385-2086
mhutchison@hutchlegal.com
jkistler@hutchlegal.com
mschriever@hutchlegal.com

*Attorneys for Plaintiff Landowners*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FORE STARS, Ltd, SEVENTY ACRES, LLC, a Nevada liability company; DOE INDIVIDUALS I through X; DOE CORPORATIONS I through X; DOE LIMITED LIABILITY COMPANIES I through X,<br><br>                             Plaintiffs,<br><br>vs.<br><br>CITY OF LAS VEGAS, a political subdivision of the State of Nevada; THE EIGHTH JUDICIAL DISTRICT COURT, County of Clark, State of Nevada, DEPARTMENT 24 (the HONORABLE JIM CROCKETT, DISTRICT COURT JUDGE, IN HIS OFFICIAL CAPACITY), ROE government entities I through X, ROE Corporations I through X,<br><br>                             Defendants. | CASE NO.: 2:19-cv-01469-JAD-NJK<br><br>**Stipulation and Order to Extend Date For Plaintiff to File Responses to:**<br><br>**State of Nevada Ex Rel. The Eighth Judicial District Courts' Motion to Dismiss Under Federal Rule of Civil Procedure 12(B)(6)**<br><br>**City's Motion to Dismiss Complaint; Memorandum of Points in Support Thereof**<br><br>**City's Request for Judicial Notice in Support of Motion to Dismiss**<br><br>(Clark County District Court Case No. A-18-773268-C) |

ECF No. 37

**STIPULATION - First Request, Amended**

On September 1, 2020, the following motions were filed by Defendants in the above captioned matter: State of Nevada Ex Rel. The Eighth Judicial District Courts' Motion to Dismiss Under Federal Rule of Civil Procedure 12(B)(6); City's Motion to Dismiss Complaint; Memorandum of Points In Support Thereof; and City's Request for Judicial Notice in Support of Motion to Dismiss.  Counsel for Plaintiff reached out to counsel for Defendants to request an extension of time to respond to these pending motions as he will be out of town this week taking his son to college and in a hearing that will require nearly all of his time the following week. Additionally, from counsel for Plaintiff's viewpoint, the pending motions are extensive, one motion having three appendices and nearly 30 exhibits.  Also from counsel for Plaintiff's viewpoint, an appropriate response to the three motions will require significant research and briefing and the current due date for Plaintiff's responses to the pending three motions does not provide the necessary time to prepare adequate responses.  Finally, counsel for Plaintiff is doing much of their work remotely and with appropriate social distancing in light of the Covid-19 pandemic, which is not nearly as efficient as working together at their law office. Responding to motions and producing the appropriate exhibits to all pending motions has taken significantly more time when working remotely.  This is the first request for an extension of time to file a response to these three motions and counsel for Defendants have graciously agreed to the extension of time.

///

///

///

For the reasons stated above, **THE PARTIES HEREBY STIPULATE** that the date for Plaintiff to file responses to these motions shall be continued from September 15, 2020, to October 1, 2020.

 //s// George F. Ogilve
McDONALD CARANO LLP
George F. Ogilvie III (NV Bar No. 3552)
2300 W. Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
gogilvie@mcdonaldcarano.com

 //s// James J. Leavitt
LAW OFFICES OF KERMITT L. WATERS
James J. Leavitt (NV Bar No. 6032)
704 South Ninth Street
Las Vegas, Nevada 89101
Telephone: (702) 733-8877
Facsimile: (702) 731-1964
Jim@kermittwaters.com

 //s// Steve Shevorski
OFFICE OF THE ATTORNEY GENERAL
Steve Shevorski (NV Bar No. 8256)
555 E. Washington Ave., Suite 3900
Las Vegas, Nevada 89101
Telephone: (702) 486-3420
Facsimile: (702) 486-3773
sshevorski@ag.nv.gov

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: 9/13/2020